**CLYDE & CO US LLP**
Alison K. Beanum, State Bar No. 221968
*alison.beanum@clydeco.us*
Veena A. Mitchell, State Bar No. 161153
*veena.mitchell@clydeco.us*
Kirsten Soto, State Bar No. 332821
*kirsten.soto@clydeco.us*
355 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650

Attorneys for Defendant
TREND HUNTER INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

AUGUST IMAGE, LLC, a New York limited liability company,

Plaintiff,

v.

TREND HUNTER INC., a Canadian corporation; and DOES 1-10, inclusive,

Defendants.

Case No. 2:22-cv-07120 DMG (MAAx)

**DEFENDANT TREND HUNTER INC.'S ANSWER TO SECOND AMENDED COMPLAINT**

**DEMAND FOR JURY TRIAL**

Defendant Trend Hunter Inc. ("Trend Hunter") answers the Second Amended Complaint of Plaintiff August Image, LLC ("Plaintiff") as follows:

**ANSWER**

Trend Hunter responds to the specific allegations of Plaintiff's Second Amended Complaint in accordance with the order and number of the paragraphs in which they are set out, as follows:

**RESPONSE AS TO AVERMENTS AS TO JURISDICTION AND VENUE**

1. In response to Paragraph 1 of the Second Amended Complaint, Trend Hunter admits the averment in the first sentence that "this is a civil action against Defendants", but Trend Hunter denies the averment in the first sentence that it has committed "acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.*"

2. In response to Paragraph 2 of the Second Amended Complaint, Trend Hunter states that Paragraph 2 sets forth legal conclusions and questions of law to which no response is required, and in addition, Trend Hunter denies that the Court has subject matter jurisdiction over this claim against Trend Hunter to the extent the subject images were not viewed in the United States.

3. Trend Hunter states that Paragraph 3 sets forth legal conclusions and questions of law to which no response is required. Also, Trend Hunter admits that it does not reside in the United States. In addition, Trend Hunter denies that Plaintiff has suffered any injury claimed in this action or as a result of Trend Hunter's conduct, and Trend Hunter denies each and every remaining averment in Paragraph 3 of the Second Amended Complaint.

**RESPONSE AS TO AVERMENTS AS TO THE PARTIES**

4. In response to Paragraph 4 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 4 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

5. In response to Paragraph 5 of the Second Amended Complaint, Trend Hunter admits the averments contained in Paragraph 5 of the Second Amended Complaint.

6. In response to Paragraph 6 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 6 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

**RESPONSE AS TO AVERMENTS AS TO STATEMENT OF FACTS**

7. In response to Paragraph 7 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 7 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

8. In response to Paragraph 8 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 8 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

9. In response to Paragraph 9 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 9 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

10. In response to Paragraph 10 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 10 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

11. In response to Paragraph 11 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 11 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

12. In response to Paragraph 12 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 12 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

13. In response to Paragraph 13 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 13 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

14. In response to Paragraph 14 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 14 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

15. In response to Paragraph 15 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 15 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

16. In response to Paragraph 16 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 16 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

17. In response to Paragraph 17 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 17 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

18. In response to Paragraph 18 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 18 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

19. In response to Paragraph 19 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 19 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

20. In response to Paragraph 20 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 20 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

21. In response to Paragraph 21 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 21 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

22. In response to Paragraph 22 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 22 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

23. In response to Paragraph 23 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 23 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

24. In response to Paragraph 24 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 24 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

25. In response to Paragraph 25 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 25 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

26. In response to Paragraph 26 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 26 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

27. In response to Paragraph 27 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 27 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

28. In response to Paragraph 28 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 28 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

29. In response to Paragraph 29 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 29 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

30. In response to Paragraph 30 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 30 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

31. In response to Paragraph 31 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 31 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

32. In response to Paragraph 32 of the Second Amended Complaint, Trend Hunter denies the averment in the first sentence that it has engaged it committed acts of copyright infringement as alleged. Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the remaining averments

contained in Paragraph 32 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

33. In response to Paragraph 33 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 33 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

34. In response to Paragraph 34 of the Second Amended Complaint, Trend Hunter admits that: (1) it has operated a website www.trendhunter.com ("Trend Hunter Website"); (2) the Trend Hunter Website has stated that the Trend Hunter community "is the world's largest, most popular trend community" at certain periods of time; and (3) the Trend Hunter Website has stated "up to 20,000,000 monthly views" at certain periods of time. Trend Hunter denies each and every remaining averment in Paragraph 34 of the Second Amended Complaint.

35. In response to Paragraph 35 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 35 of the Second Amended Complaint.

36. In response to Paragraph 36 of the Second Amended Complaint, Trend Hunter admits that it has owned and operated the Trend Hunter Website which was launched in 2005. Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 36 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

37. In response to Paragraph 37 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 37 of the Second Amended Complaint.

38. In response to Paragraph 38 of the Second Amended Complaint, Trend Hunter admits that: (1) Jeremy Gutsche is a founder and director of Trend Hunter; (2) Jeremy Gutsche is stated to be an "innovation and chaos expert" on the Trend

Hunter Website; (3) Jeremy Gutsche is the author of the books *Create the Future: Tactics for Disruptive Thinking; Better and Faster: the Proven Path to Unstoppable Ideas* and *Exploiting Chaos:* and *150 Ways to Spark Innovation During Times of Change* (collectively, "the Books"); (4) The Books are included in a copyright registration with the U.S. Copyright Office, with Jeremy Gutsche Consulting, Inc. as the copyright claimant; (5) at the bottom of the Trend Hunter Website, the copyright symbol followed by its name appeared as follows during certain periods of time: "© Copyright 2022 TREND HUNTER Inc."; and (6) Trend Hunter and Jeremy Gutsche are aware of the existence of copyright laws in the United States and Canada. However, Trend Hunter denies that: (1) Trend Hunter or Jeremy Gutsche knew of a necessity to license the images referenced in the Second Amended Complaint; and (2) Trend Hunter or Jeremy Gutsche placed the images on www.trendhunter.com. Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 38 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

39. In response to Paragraph 39 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 39 of the Second Amended Complaint.

40. In response to Paragraph 40 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 40 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

41. In response to Paragraph 41 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 41 of the Second Amended Complaint.

/ / /

/ / /

42. In response to Paragraph 42 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 42 of the Second Amended Complaint.

**RESPONSE AS TO AVERMENTS AS TO FIRST CLAIM FOR RELIEF**

43. In response to Paragraph 43 of the Second Amended Complaint, Trend Hunter incorporates by reference the responses, admissions and denials contained in Paragraphs 1 through 42 above as if fully set forth herein.

44. In response to Paragraph 44 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 44 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

45. In response to Paragraph 45 of the Second Amended Complaint, Trend Hunter is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 45 of the Second Amended Complaint, and on that basis denies each and every allegation contained therein.

46. In response to Paragraph 46 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 46 of the Second Amended Complaint.

47. In response to Paragraph 47 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 47 of the Second Amended Complaint.

48. In response to Paragraph 48 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 48 of the Second Amended Complaint.

49. In response to Paragraph 49 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 49 of the Second Amended Complaint.

/ / /

50. In response to Paragraph 50 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 50 of the Second Amended Complaint.

51. In response to Paragraph 51 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 51 of the Second Amended Complaint.

52. In response to Paragraph 52 of the Second Amended Complaint Trend Hunter denies each and every averment in Paragraph 52 of the Second Amended Complaint.

53. In response to Paragraph 53 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 53 of the Second Amended Complaint.

54. In response to Paragraph 54 of the Second Amended Complaint, Trend Hunter denies each and every averment in Paragraph 54 of the Second Amended Complaint.

## RESPONSE AS TO PRAYER

Trend Hunter denies that Plaintiff is entitled to any of the relief it seeks.

## AFFIRMATIVE DEFENSES

Trend Hunter alleges, on information and belief, the following affirmative defenses. By alleging the following affirmative defenses, Trend Hunter does not assume any burden of production, proof, or persuasion as to such defenses not otherwise imposed by law.

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

Plaintiff's action, and each and every claim contained therein, fails to state a claim upon which relief can be granted, and fails to state a cause of action against Trend Hunter.

**SECOND AFFIRMATIVE DEFENSE**

**(DMCA Safe Harbor Provisions)**

Plaintiff's action is barred by the "Safe Harbor" provisions of 17 U.S.C. § 512, and Trend Hunter qualifies for the DMCA "Safe Harbor" protections or immunities.

**THIRD AFFIRMATIVE DEFENSE**

**(DMCA Compliant Notification)**

Plaintiff's action is barred, in whole or in part, by Plaintiff's failure to comply with the requirements of the DMCA, 17 U.S.C. § 512, including by failing to provide Trend Hunter with a DMCA-compliant notification of any claimed infringement.

**FOURTH AFFIRMATIVE DEFENSE**

**(Fair Use)**

Plaintiff's action is barred, in whole or in part, by the doctrine of fair use.

**FIFTH AFFIRMATIVE DEFENSE**

**(Waiver, Abandonment, Forfeiture, Surrender)**

Plaintiff's action is barred, in whole or in part, because Plaintiff has expressly or implied waived, abandoned, forfeited, and/or surrendered the allegedly infringed rights previously held under the Copyright Act with respect to the images at issue.

**SIXTH AFFIRMATIVE DEFENSE**

**(Invalidity or Unenforceability of Copyright)**

Plaintiff's action is barred, in whole or in part, because the purported copyrights are invalid, void and/or unenforceable.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Failure to Mark)**

Plaintiff's action is barred, in whole or in part, because the alleged copyrighted material was not properly marked to give Defendants notice of the claimed copyright.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

To the extent that Plaintiff has failed to mitigate, minimize, or avoid any damages it allegedly sustained, any recovery against Trend Hunter must be reduced accordingly.

**NINTH AFFIRMATIVE DEFENSE**

**(No Injury or Damages)**

Plaintiff has not suffered any injury or damages as a result of any actions taken by Trend Hunter, and Plaintiff is therefore barred from asserting the action, or any claim therein, against Trend Hunter.

**TENTH AFFIRMATIVE DEFENSE**

**(Laches, Waiver, Estoppel, Unclean Hands)**

Plaintiff's claims are barred, in whole or in part, by the doctrines of laches, waiver, estoppel and/or unclean hands.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Proximate Cause)**

Plaintiff's damages, if any, were caused by others than Trend Hunter, and that such fault on the part of others proximately and concurrently caused or contributed to the loss and damages complained of by Plaintiff, if any there were.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Plaintiff's action and the causes of action contained therein are barred by all applicable statutes of limitation.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

Plaintiff lacks standing to bring all, or at least some, of the claims asserted in the Second Amended Complaint.

/ / /

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Reservation)**

Plaintiff has failed to set out its claims with sufficient particularity to permit Trend Hunter to raise all appropriate defenses and, therefore, Trend Hunter reserves its rights to add additional defenses.

**PRAYER**

WHEREFORE, Trend Hunter prays for judgment as follows:

(a) That Plaintiff take nothing by reason of the Second Amended Complaint;

(b) That Plaintiff's Complaint be dismissed with prejudice;

(c) That Trend Hunter be awarded costs of suit herein; and

(d) For such other and further relief as the Court deems just and proper.

Dated: September 26, 2023

Respectfully submitted,

CLYDE & CO US LLP

By: /s/ *Alison K. Beanum*

Alison K. Beanum
Veena A. Mitchell
Kirsten Soto
Attorneys for Defendant
TREND HUNTER INC.

**DEMAND FOR JURY TRIAL**

Defendant Trend Hunter hereby demands trial by jury of all issues so triable under the law.

Dated: September 26, 2023

Respectfully submitted,

CLYDE & CO US LLP

By: /s/ *Alison K. Beanum*

Alison K. Beanum
Veena A. Mitchell
Kirsten Soto
Attorneys for Defendant
TREND HUNTER INC.