John Tehranian (Bar No. 211616)
Email: jtehranian@onellp.com
Christopher Skinner (Bar No. 342830)
Email: cskinner@onellp.com
Leo M. Lichtman (Bar No. 335779)
Email: llichtman@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff*
AUGUST Image, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TREND HUNTER, Inc., a Canadian Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-7120-DMG (MAAx)<br>Hon. Dolly M. Gee<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff AUGUST Image, LLC ("AUGUST") and Defendant Trend Hunter, Inc. ("Trend Hunter"), through their undersigned counsel, that all of AUGUST's claims against Trend Hunter are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own attorneys' fees and costs.

Dated: January 2, 2024    **ONE LLP**

By: */s/ John Tehranian*
    John Tehranian
    Christopher S. Skinner
    Leo M. Lichtman

    *Attorneys for Plaintiff*
    AUGUST Image, LLC

Dated: January 2, 2024    **CLYDE & CO US LLP**

By: */s/ Alison K. Beanum*
    Alison K. Beanum
    Veena A. Mitchell
    Kirsten Soto

    *Attorneys for Defendant*
    TREND HUNTER INC.

1
**STIPULATION OF DISMISSAL WITH PREJUDICE**

**FILER ATTESTATION**

In accordance with Local Rule 5-4.3.4(a)(2)(i), the filer attests that each of the above signatories have concurred in the filing of this document and have authorized the filing.

By: */s/ John Tehranian*
John Tehranian