John Tehranian (Bar No. 211616)
Email: jtehranian@onellp.com
Christopher Skinner (Bar No. 342830)
Email: cskinner@onellp.com
Leo M. Lichtman (Bar No. 335779)
Email: llichtman@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff*
AUGUST Image, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TREND HUNTER, Inc., a Canadian Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-7120-DMG (MAAx)<br>Hon. Dolly M. Gee<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED by and between Plaintiff AUGUST Image,
2  LLC ("AUGUST") and Defendant Trend Hunter, Inc. ("Trend Hunter"), through
3  their undersigned counsel, that all of AUGUST's claims against Trend Hunter are
4  dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party
5  to bear its own attorneys' fees and costs.

9  Dated: January 3, 2024          **ONE LLP**

11                                 By: */s/ John Tehranian*
12                                     John Tehranian
                                       Christopher S. Skinner
13                                     Leo M. Lichtman

14                                     *Attorneys for Plaintiff*
15                                     AUGUST Image, LLC

16 Dated: January 3, 2024          **CLYDE & CO US LLP**

18                                 By: */s/ Alison K. Beanum*
19                                     Alison K. Beanum
                                       Veena A. Mitchell
20                                     Kirsten Soto

21                                     *Attorneys for Defendant*
22                                     TREND HUNTER INC.

**FILER ATTESTATION**

In accordance with Local Rule 5-4.3.4(a)(2)(i), the filer attests that each of the above signatories have concurred in the filing of this document and have authorized the filing.

By: */s/ John Tehranian*
John Tehranian